JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Teodor Marian, | CV 17-05263 JVS (RAOx) |
| Plaintiff, | ORDER OF DISMISSAL FOR FAILURE TO PAY FILING FEE OR FILE AMENDED COMPLAINT |
| v. | |
| Peter Chang, et al., | |
| Defendant(s). | |

On July 26, 2017, the Court DENIED plaintiff's request to file the action without prepayment of the full filing fee or submitting an Amended Complaint to cure the defects the Court described. On September 11, 2017, the Court granted and extension to comply with the requirements to October 13, 2017.

Plaintiff has failed to submit any of the requirements of the Court's July 26, 2017 Order. Accordingly, the Request to Proceed without Prepayment of Filing Fees is DENIED and the case is closed.

DATED: January 24, 2018

_____
James V. Selna
United States District Judge